UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK DEBLANCO,

                     Plaintiff,

          -v-

US BANK NATIONAL ASSOCIATION,

                     Defendant.

23-CV-11083 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      On December 28, 2023, this Court issued an order to the parties to show cause in writing why this case should not be transferred to the Eastern District of New York. (ECF No. 5.) On January 24, 2024, the parties responded to the order with a letter stating that they agree the case should be transferred to the Eastern District of New York. (ECF No. 7.) Specifically, the parties state: "The complaint alleges a claim that arose in Suffolk County, New York, which is in the Eastern District of New York; nothing is alleged to have occurred in this District, and neither party is alleged to reside in this District." (*Id*.)

      Because both parties agree the case should be transferred to the Eastern District of New York, and because all of the events and omissions giving rise to Plaintiff's claim in this case occurred in Suffolk County, New York, which is in the Eastern District of New York, and because neither party resides in this District, the Court accordingly exercises its discretion under Title 28, United States Code, Section 1404(a) by transferring this case to the Eastern District of New York. *See* 28 U.S.C. § 1391(b) (providing that a civil action may be brought in, among other districts, a district "in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated").

1

The Clerk of the Court is respectfully directed to transfer this case to the Eastern District of New York and to close the case here.

SO ORDERED.

Dated: January 24, 2024
      New York, New York

_____
J. PAUL OETKEN
United States District Judge